STATE OF NORTH CAROLINA v. MARION RAY CARVER

No. 7427SC916

(Filed 19 February 1975)

APPEAL by defendant from *Tillery, Judge.* Judgment entered 22 July 1974 in Superior Court, GASTON County. Heard in the Court of Appeals 21 January 1975.

*Attorney General Edmisten by Deputy Attorney General Andrew A. Vanore, Jr., for the State.*

*R. R. Friday for defendant appellant.*

BROCK, Chief Judge, PARKER and HEDRICK, Judges.

No error.

STATE OF NORTH CAROLINA v. EDWARD PEASLEE

No. 743SC959

(Filed 19 February 1975)

APPEAL by defendant from *Thornburg, Judge.* Judgment entered 13 June 1974 in Superior Court, CARTERET County. Heard in the Court of Appeals 11 February 1975.

*Attorney General Edmisten by Assistant Attorney General Charles M. Hensey for the State.*

*McCotter & Mayo by Charles K. McCotter, Jr., for defendant appellant.*

MORRIS, PARKER, and HEDRICK, Judges.

No error.